Punches, Respondent, v. Schmidt, and another, Appellants.

*No. 645 (1974). Argued February 2, 1976.—*
*Decided June 30, 1976.*
(Also reported in 243 N. W. 2d 518.)

For the appellants there were briefs by *Bronson C. La Follette*, attorney general, *Charles R. Larsen* and *James H. McDermott*, assistant attorneys general, and oral argument by *Marguerite M. Moeller*, assistant attorney general.

For the respondent there was a brief by *Doar, Drill, Norman & Bakke* of New Richmond, and oral argument by *Thomas D. Bell*.

PER CURIAM. The members of the court being equally divided on the question of whether the judgment and order should be affirmed or reversed, Mr. Chief Justice BEILFUSS, Mr. Justice HANLEY, and Mr. Justice ROBERT W. HANSEN being of the opinion that the judgment should be reversed, and Mr. Justice HEFFERNAN, Mr. Justice CONNOR T. HANSEN, and Mr. Justice DAY being of the opinion that the judgment should be affirmed, the judgment appealed from is affirmed under the rule.

Judgment affirmed.